FILED
CLERK, U.S. DISTRICT COURT
1/22/19
CENTRAL DISTRICT OF CALIFORNIA
BY: LB DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| QUY TRUONG,<br><br>    Plaintiff,<br><br>v.<br><br>GARDEN SQUARE PARKING ASSOCIATION,<br><br>    Defendants. | Case No. SACV 17-01758 AG (JDEx)<br><br>**JUDGMENT** |

The Court enters judgment for Plaintiff and against Defendants and awards Plaintiff $38,775 in attorney's fees and $1,835 in costs.

Dated January 22, 2019

Hon. Andrew J. Guilford
United States District Judge