# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES – GENERAL

| Case No. | SACV 17-01758-AG (JDEx) | Date | April 18, 2019 |
|---|---|---|---|
| Title | Quy Truong v. Garden Square Parking Association | | |

Present: The Honorable **ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than **April 25, 2019**, why the Writ of Execution should not be quashed under Federal Rule of Civil Procedure 62

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a response on or before the date upon which a response by plaintiff is due.

                                                                                                                       \_\_\_\_ : \_\_\_\_

                                               Initials of Deputy Clerk   mku