ASCENSION LAW GROUP
PAMELA TSAO (266734)
17802 Irvine Blvd
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff QUY TRUONG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual, | Case No.: 8:17-cv-01758 |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| GARDEN SQUARE PARKING ASSOCIATION, a California corporation; | |
| Defendants. | |

1  **TO THE COURT AND ALL PARTIES TO THIS ACTION:**

2      PLEASE TAKE NOTICE that Plaintiff Quy Truong ("Plaintiff") hereby

3  provides notice of errata as follows:

4      On August 12, 2019, Plaintiff inadvertently filed the incorrect version of

5  "Plaintiff Quy Truong's Motion for Order Requiring Defendant-Appellant Garden

6  Square Parking Association to Post Appeal Bond."  (Docket No. 91).  The document

7  that was filed listed the incorrect hearing date in the caption page and did not have the

8  notice of the motion.  Attached hereto as Exhibit A is a true and correct copy of the

9  correction version of "Plaintiff Quy Truong's Motion for Order Requiring Defendant-

10  Appellant Garden Square Parking Association to Post Appeal Bond" which should

11  have been filed.

12

13                                    ASCENSION LAW GROUP, PC

14  DATE: August 12, 2019

15                          _____/s/ Pamela Tsao_____

16                          Pamela Tsao, attorney for Plaintiff
                                Quy Truong

17

18

19

20

21

22

23

24

25

26

27

28