UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

QUY TROUNG

          Plaintiff,

  v.

GARDEN SQUARE PARKING ASSOCIATION

          Defendant.

Case No. SACV 17-01758 AG (JDEx)

**AMENDED JUDGMENT**

The Court enters judgment for Plaintiff and against Defendant and awards Plaintiff $4,000 in damages, $38,775 in attorney fees, and $1,835 in costs. The Court orders Defendant to comply with the Americans with Disabilities Act by removing all barriers to persons with disabilities existing at the property at 9754 Garden Grove Blvd, Garden Grove, CA 92844.

Dated November 4, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT